**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LUIS EDUARDO MARTINEZ RENTERIA,

    Petitioner,

v.                                                   Case No. 8:00-CR-468-T-30TBM
                                                                             8:06-CV-958-T-30TBM

UNITED STATES OF AMERICA ,

    Respondent.
_____/

**O R D E R**

This matter is before the Court for consideration of Petitioner's motion to vacate, set aside, or correct an allegedly illegal sentence filed *pro se* pursuant to 28 U.S.C. § 2255. A motion to vacate must be reviewed prior to service on the United States. *See* Rule 4 of the Rules Governing § 2255 Cases. If the "motion and the files and records of the case conclusively show that the prisoner is entitled to no relief," the motion is properly denied without a response from the United States. 28 U.S.C. § 2255 ¶ 2.

Having entered a plea of guilty to a drug-related charge, Petitioner was sentenced on September 13, 2001, to serve a term of 135 months imprisonment (CR Dkt. 180). The Eleventh Circuit Court of Appeals affirmed Petitioner's conviction and sentence on December 6, 2002. *See United States v. Renteria*, 54 Fed. Appx. 932 (11th Cir. 2002). Petitioner's request for collateral relief pursuant to 28 U.S.C. § 2255 was denied on October 6, 2003 (CR Dkt. 291). *See Renteria v. United States*, Case No. 8:03-CV-1935-T-30TBM (M.D. Fla. 2003).

"[A] second or successive [§ 2255] motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals." 28 U.S.C. § 2255. *See* 28 U.S.C. §

2244(b)(3)(A). Because Petitioner has previously sought collateral relief pursuant to § 2255 and he has not demonstrated that he has obtained permission from the Eleventh Circuit to file a second or successive motion, this Court is without jurisdiction to entertain the instant § 2255 motion. This case will, therefore, be dismissed without prejudice to allow Petitioner the opportunity to seek said authorization.

ACCORDINGLY, the Court **ORDERS** that:

1. The motion to vacate, set aside, or correct an illegal sentence is **DISMISSED** without prejudice (CV Dkt. 1).

2. The **Clerk** is directed to send Petitioner the Eleventh Circuit's application form for leave to file a second or successive § 2255 motion under 28 U.S.C. § 2244(b).

3. The **Clerk** shall terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 1, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copy furnished to:
All Parties/Counsel of Record

SA/jsh